COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK on Complaint of BERTHA GLICKER, Respondent, v. MAX WIENICK, Appellant.— Appeal from an order of filiation. Order of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], reversed on the law and the facts and complaint dismissed. The evidence adduced on behalf of the petitioner fails to measure up to the standard required in cases of this character. (*Commissioner of Public*

*Charities* v. *O' Keefe*, 180 App. Div. 667.) Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.